## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARION QUINN : | |
| Plaintiff : | Civil Action No.:  23-1502 |
| : | |
| v. : | |
| : | |
| DAL-TILE DISTRIBUTION, LLC : | NOVEMBER 14, 2023 |
| Defendant | |

### NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

PLEASE TAKE NOTICE that Defendant, Defendant, respectfully removes this action from the Superior Court of the State of Connecticut Judicial District of Danbury at Danbury to the United States District Court for the District of Connecticut, pursuant to 28 U.S.C. §§ 1332(a) and 1441(a) and (b), and as grounds therefore states as follows:

1.  Plaintiff has commenced an action against the Defendant in the Superior Court of the State of Connecticut Judicial District of Danbury at Danbury, by service of a Summons and complaint dated October 11, 2023.  The Plaintiff served by State Marshal a copy of the Summons and complaint upon the municipal defendant on or about October 16, 2023.  The case was assigned Case No.:  DBD-CV23-6047925-S in the records and files of that Court ("State Court Action").  Pursuant to 28 U.S.C. § 1446(a), the Defendant hereby attaches the Summons and Complaint hereto as Exhibit A.

2.  The State Court Action is returnable to the Superior Court of the State of Connecticut Judicial District of Danbury at Danbury on November 14, 2023.

3.  The State Court Action is a suit of a wholly civil nature of which the United States District Court for the District of Connecticut has diversity jurisdiction under 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in controversy exceeds

$75,00.00 exclusive of interest and costs. Plaintiff alleges a sexual harassment in violation of Conn. Gen. Stat. §§ 46a-60(b)(1) and (b)(8) and retaliation in violation of Conn. Gen. Stat. § 46a-60(b)(4)  This action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

4.  Attached hereto in compliance with 28 U.S.C. § 1446(a), are complete and accurate copies of the process and pleadings received by the Defendant to date.

5.  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days of the date of service of process on Defendant.

6.  Defendant is providing written notice of the filing of this Notice of Removal to Plaintiff and is filing a copy of this Notice of Removal with the Clerk of the Superior Court of Connecticut Judicial District of New London at New London, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this action be removed from the Superior Court of the State of Connecticut Judicial District of Danbury at Danbury to the United States District Court for the District of Connecticut.

Respectfully submitted,

Attorneys for Defendant
Dal-Tile Distribution, LLC

  /s/ Johanna G. Zelman
Johanna G. Zelman (ct26966)
FordHarrison, LLP
CityPlace II
185 Asylum Street, Suite 820
Hartford, CT 06103
Tel #:   860-740-1355
Fax #:  860-578-2075
Email:  jzelman@fordharrison.com

## CERTIFICATE OF SERVICE

      This is to certify that on this 14th day of November, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael J. Reilly, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
mreilly@cicchielloesq.com

                                                /s/ Johanna G. Zelman
                                                Johanna G. Zelman

WSACTIVELLP:112846471.1

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 146 White Street, Danbury, CT 06810 | ( 203 ) 207-8600 | November 14, 2023 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Danbury | Case type code (See list on page 2) Major: M  Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 860 ) 296-3457 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) mreilly@cicchielloesq.com |
|---|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Marion Quinn<br>Address: c/o: Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Dal-Tile Distribution, LLC<br>Address: 7834 CF Hawn Freeway, Dallas, TX 75217 | D-01 |
| Additional Defendant | Name: Agent: Corporation Service Company, Goodwin Square, 225 Asylum Street, Hartford, CT 06103<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "x" proper box) *[signature]* | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left Michael J. Reilly | Date signed 10/11/2023 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *Do not use this form for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters).*
   (b) *Summary process actions.*
   (c) *Applications for change of name.*
   (d) *Probate appeals.*
   (e) *Administrative appeals.*
   (f) *Proceedings pertaining to arbitration.*
   (g) *Any actions or proceedings in which an attachment, garnishment or replevy is sought.*

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| **RETURN DATE: NOVEMBER 14, 2023** | : | **SUPERIOR COURT** |
| | : | |
| **MARION QUINN** | : | **JUDICIAL DISTRICT** |
| | : | |
| **VS.** | : | **OF DANBURY** |
| | : | |
| **DAL-TILE DISTRIBUTION, LLC** | : | **OCTOBER 11, 2023** |

## COMPLAINT

**FIRST COUNT:**   Sexual Harassment in violation of Conn. Gen. Stat. §§ 46a-60(b)(1) and (b)(8)

1. At all times set forth herein, the Plaintiff, Marion Quinn, was a resident of New Milford, Connecticut.

2. At all times set forth herein, the Defendant, Dal-Tile Distribution, LLC, was a corporation organized under the laws of the State of Delaware.

3. The Defendant manufactures, distributes, and sells tile, countertops, and other architectural building products throughout the United States.

4. The Defendant operates a showroom for its products located at 4 Nabby Road in Danbury, Connecticut.

5. Plaintiff began working for Defendant on or about May 2, 2022, in the foregoing Danbury location in the position of Showroom Design Consultant.

6. At all times during Plaintiff's employment with Defendant, she worked with two male co-workers named Oscar and Tony.

7. Throughout Plaintiff's employment with Defendant, Oscar and Tony behaved in an openly sexist manner and regularly made degrading comments about females in general, as well specifically directed toward the Plaintiff.

8. By way of example, but not by way of exclusion, on several occasions Oscar and Tony suggested that because Plaintiff was a female that she should cook for them.

1

9. On another occasion, Tony stated to Plaintiff that if she called Oscar "pappi chulo" then he would buy her lunch.

10. "Pappi chulo" is a slang Spanish term with sexual overtones. Pappi chulo means literally "pimp daddy" and can mean in various contexts pimp, lady's man, or simply a handsome or sexually attractive man.

11. On yet another occasion, Oscar approached the Plaintiff with an icy-hot patch or some similar substance, pulled up his shirt, and requested that Plaintiff place the patch on his shoulder.

12. Plaintiff complied with Oscar's request because she was taken aback and did not know what else to do, despite it making her feel uncomfortable.

13. As a result of this conduct and other conduct like it, Plaintiff spoke with Carol, secretary to the regional office, and stated she felt as if she was working in a locker room and felt degraded by Oscar and Tony's behavior.

14. Carol advised Plaintiff to report her concerns to Respondent's Regional Manager.

15. As a result, several days later, Plaintiff spoke with Jeremy, Respondent's Regional Manager, and recounted her concerns about the sexist and degrading work atmosphere.

16. Jeremy initially professed concern and told Plaintiff that Defendant would address her concerns.

17. Two days later however, Jerry, Defendant's Vice President called Plaintiff and told her that "boys would be boys" and that she needed to "just keep it professional" and try to avoid Oscar and Tony.

18. On February 3, 2023, Defendant terminated Plaintiff's employment.

19. Defendant, through the foregoing conduct, sexually harassed the Plaintiff in violation of the provisions of Conn. Gen. Stat. §§ 46a-60(b)(1) and (b)(8) in that:

    a. Plaintiff was subjected to unwelcome sexual advances or requests for sexual favors;

    b. Defendant subjected Plaintiff to unsolicited comments or conduct of a sexual nature;

    c. Plaintiff's submission to such conduct was made explicitly or implicitly a term or condition of Plaintiff's employment;

    d. Plaintiff's submission to or rejection of such conduct was used as the basis for Defendant's employment decisions concerning Plaintiff; and/or

    e. Such conduct had the purpose or effect of substantially interfering with Plaintiff's work performance and/or created an intimidating, hostile, or offensive working environment.

20. As a result of Defendant's unlawful conduct, as aforesaid, Plaintiff has sustained lost wages and benefits of employment, has been deprived of the benefits of gainful employment into the future, has sustained substantial emotional distress, and has incurred or will incur attorneys' fees and costs.

21. Plaintiff filed a timely administrative complaint against Defendant with the Connecticut Commission on Human Rights and Opportunities, and thereafter received a release of jurisdiction letter therefrom, a copy of which is appended hereto as Exhibit A. This Action is brought within 90 days of receipt of said release of jurisdiction letter. As such, Plaintiff has exhausted all administrative remedies, and this Action is timely.

**SECOND COUNT:  Retaliation in violation of Conn. Gen. Stat. § 46a-60(b)(4)**

1. The Plaintiff repeats and realleges Paragraphs 1 through 19 of the First Count as Paragraphs 1 through 19 of the Second Count, as if fully set forth herein.

2. The Defendant retaliated against the Plaintiff based upon her opposition to the foregoing discriminatory conduct, in violation of Conn. Gen. Stat. § 46a-60(b)(4), as set forth above.

3. As a result of Defendant's unlawful conduct, as aforesaid, Plaintiff has sustained lost wages and benefits of employment, has been deprived of the benefits of gainful employment into the future, has sustained substantial emotional distress, and has incurred or will incur attorneys' fees and costs.

4. Plaintiff filed a timely administrative complaint against Defendant with the Connecticut Commission on Human Rights and Opportunities, and thereafter received a release of jurisdiction letter therefrom, a copy of which is appended hereto as Exhibit A. This Action is brought within 90 days of receipt of said release of jurisdiction letter. As such, Plaintiff has exhausted all administrative remedies, and this Action is timely.

THE PLAINTIFF,
MARION QUINN

BY: _____
Michael J. Reilly, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Juris No. 419987
Email: mreilly@cicchielloesq.com

4

| | | |
|---|---|---|
| **RETURN DATE: NOVEMBER 14, 2023** | : | **SUPERIOR COURT** |
| | : | |
| **MARION QUINN** | : | **JUDICIAL DISTRICT** |
| | : | |
| **VS.** | : | **OF DANBURY** |
| | : | |
| **DAL-TILE DISTRIBUTION, LLC** | : | **OCTOBER 11, 2023** |

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. Money damages;

2. Reinstatement, or in lieu thereof, front pay;

3. Punitive Damages;

4. Attorneys' fees and costs of this Action; and

5. All other awardable relief.

THE PLAINTIFF,
MARION QUINN

BY: _____
Michael J. Reilly, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Juris No. 419987
Email: mreilly@cicchielloesq.com

5

| | | |
|---|---|---|
| **RETURN DATE: NOVEMBER 14, 2023** | : | **SUPERIOR COURT** |
| | : | |
| **MARION QUINN** | : | **JUDICIAL DISTRICT** |
| | : | |
| **VS.** | : | **OF DANBURY** |
| | : | |
| **DAL-TILE DISTRIBUTION, LLC** | : | **OCTOBER 11, 2023** |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand exceeds $15,000.00, excluding costs and interests.

                                                 THE PLAINTIFF,
                                                 MARION QUINN

                                                 BY: _____
                                                 Michael J. Reilly, Esq.
                                                 CICCHIELLO & CICCHIELLO, LLP
                                                 364 Franklin Avenue
                                                 Hartford, CT 06114
                                                 Phone: 860-296-3457
                                                 Fax: 860-296-0676
                                                 Juris No. 419987
                                                 Email: mreilly@cicchielloesq.com

## **EXHIBIT A**

# STATE OF CONNECTICUT
# COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Marion Quinn
COMPLAINANT

CHRO No. 2320320

vs.

EEOC No. 16A-2023-00788

Dal-Tile Distribution LLC
RESPONDENT

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

DATE: September 13, 2023

Tanya A. Hughes, Executive Director

mrm
Service: **VIA EMAIL**
Complainant's Attorney: Michael J. Reilly, mreilly@cicchielloesq.com
Respondent's Attorney: Johanna G. Zelman, jzelman@fordharrison.com